UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



EMERIO ABANTO,

           Plaintiff,

-against-

ABM JANITORIAL NORTHEAST, INC.,

           Defendants.

Index No. 10 Civ. 4536 (RWS) (KNF)

**STIPULATION AND ORDER OF DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED, by and between the parties in the above-captioned action, that the action (and all claims and causes of action that were or could have been asserted in it) be withdrawn, discontinued and dismissed, with prejudice, in accordance with Rule 41 of the Federal Rules of Civil Procedure, without costs or attorneys' fees to any party.

Dated: 10/6/11
By: _____
Margaret McIntyre
64 Fulton Street, Suite 502
New York, NY 10038
(212) 227-9987
margmac@earthlink.net

Attorney for Plaintiff

Dated: 10-10-11
By: _____
Sara Sheinkin
LITTLER MENDELSON, P.C.
900 Third Avenue
New York, New York 10022
(212) 583-9600
ssheinkin@littler.com

Attorneys for Defendant

The Court, upon finding that the parties have reached a fair and reasonable resolution to a *bona fide* dispute, SO ORDERS the dismissal with prejudice of the above-captioned action.

**SO ORDERED.**

Dated: 10 3 1 , 2011

_____
United States District Judge